JOHN W. STEBBINS, as Assignee, etc., Appellant, *v.* THE HOWE MACHINE COMPANY, Respondent.

(Argued April 22, 1884 ; decided May 6, 1884.)

*John Van Voorhis* for appellant.

*William H. Shepard* for respondent.

Agree to affirm ; no opinion.
All concur, except DANFORTH, J., taking no part.
Judgment affirmed.

---

IDA DUKE, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued April 22, 1884 ; decided May 6, 1884.)

*Samuel Hand* for appellant.

*Clifford A. H. Bartlett* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ALICE DOUGLAS, Respondent, *v.* JOSEPH L. HABERSTRO, as Sheriff, etc., Appellant.

(Argued April 22, 1884 ; decided May 6, 1884.)

*Adelbert Moot* for appellant.

*John C. Hubbell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.